## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-10694 |
| RICKY AROCHA | § | |
| DEBTOR | § | CHAPTER 13 |

### MOTION PURSUANT TO 11 USC §362(c)(3) FOR CONTINUATION OF THE AUTOMATIC STAY AS TO ALL CREDITORS AND TO ALL ESTATE PROPERTY

NOW COMES the debtor, by and through undersigned counsel, and pursuant to 11 USC 362(c)(3) request that the stay be extended throughout the pendency of the chapter 13 case absent future order from the court and as such shows the court as follows:

1. The debtor filed the above captioned case on June 5, 2016.

2. The debtor filed a prior chapter 13 case [Case number 16-10006] on January 4, 2016. The case was dismissed on September 15, 2016.

3. The debtor owns real property located at 6412 Auburn Drive, Austin, TX 78723, subject to a deed of trust to Bank of America.

4. The debtors' current case is filed in good faith because:

    a. In the previous case, the debtor fell behind with the trustee payments and the case was dismissed. The debtor feels he now has the income to fully fund the plan and remain current and fund the Chapter 13 Plan payments.

WHEREFORE the debtor requests that pursuant to 11 USC 362(c)(3) the court order that the Automatic Stay be Continued through the pendency of the chapter 13 case absent future orders from the court and for such other and further relief as the court deems appropriate and just.

/s/Elizabeth Hickson
Hickson Law, P.C.
4833 Spicewood Springs Road #200
Austin, TX 78759
Bar No. 09586000
Tel: 512-346-8597
Fax: 512-346-2047

# CERTIFICATE OF SERVICE

The foregoing Debtor's Motion to be served on the following parties, by mailing a copy by depositing it in the United States Mail, by First Class Mail, in a properly addressed envelope with adequate postage thereon.

Deborah Langehennig
Chapter 13 Trustee
*Served Electronically*

Ricky M. Arocha
6412 Auburn Drive
Austin, TX 78723

*ALL PARTIES ON THE ATTACHED MAILING MATRIX*

/s/ Elizabeth June Hickson
Elizabeth June Hickson
Attorney for debtor

Label Matrix for local noticing
0542-1
Case 17-10694-tmd
Western District of Texas
Austin
Mon Jun 12 13:46:57 CDT 2017

United States Trustee (SMG113)
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

Austin Public Library
800 Guadalupe
Austin, TX 78701-2314

Bank of America Home Loan Servicing
P.O. Box 5170
Simi Valley, CA 93062-5170

Bank of America, N.A.
600 Wilshire Blvd. 4th Floor
Los Angeles, CA 90017-3215

City of Austin
PO Box 2267
Austin, TX 78768-2267

Compass Bank
P.O. Box 10566
Birmingham, AL 35296-0001

FHA/HUD
800 Dolorosa Street
San Antonio, TX 78207-4559

Grande Communications
Credit Protection Assoc
PO Box 02068
Dallas, TX 75380

Hickson Law, P.C.
4833 Spicewood Springs
Suite 200
Austin, tx 78759-8436

Leon J. Barish
1409 West Sixth Street
Austin, TX 78703-5140

Mackie Wolf Zientz & Mann, P.C.
14160 North Dallas Parkway #900
Dallas, TX 75254-4314

Municipal Services Bureau
5912 Balcones Dr., Ste. 100
Austin, TX 78731-4310

Texas Tollways
12719 Burnet Road
Austin, TX 78727-4207

Texas Workforce Commission
Collections Department
101 E. 15th St. Travis Bldg. #200
Austin, Tx. 78778-0001

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

William T. Peckham
1104 Nueces St., Ste 104
Austin, TX 78701-2106

Deborah B. Langehennig
Chapter 13 Trustee
6201 Guadalupe St.
Austin, TX 78752-4011

Elizabeth June Hickson
4833 Spicewood Springs Rd., #200
Austin, TX 78759-8436

Ricky M. Arocha
6412 Auburn Drive
Austin, TX 78723-3307

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: § CASE NO. 17-10694
   RICKY AROCHA § 
   DEBTOR    CHAPTER 13

## ORDER EXTENDING AUTOMATIC STAY AS TO ALL CREDITORS

It is hereby ordered that the Automatic Stay as to all creditors is extended until further order of the court.

###

Hickson Law, P.C.
Elizabeth Hickson
4833 Spicewood Springs Ste 200
Austin, TX 78759
Tel: 512-346-8597
Fax: 512-346-2047